IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEOFFREY MICHAEL WILLIAMS,                3:12-CV-00634-PK

        Plaintiff,                       ORDER

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,[1]

        Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#23) on August 8, 2013, in which he recommends the Court reverse and remand the Commissioner's decision denying

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case. No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405. Procedure 72(b).

1 - ORDER

Plaintiff's application for supplemental security income benefits for further administrative proceedings. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Plaintiff reiterates the arguments contained in his Opening Brief and Reply. This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#23). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to

2 - ORDER

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

    IT IS SO ORDERED.

    DATED this 6th day of September, 2013.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge