IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GEOFFREY MICHAEL WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>      Defendant. | 3:12-CV-00634-PK<br><br>JUDGMENT OF REMAND |

**BROWN, Judge.**

Based on the Court's Order issued September 6, 2013, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 6th day of September, 2013.

                                    /s/ Anna J. Brown
                                    _____
                                    ANNA J. BROWN
                                    United States District Judge

1 - JUDGMENT OF REMAND