IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GEOFFREY MICHAEL WILLIAMS,** | 3:12-CV-00634-PK |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,** | |
| Defendant. | |

**BROWN, Judge.**

Based on the Court's Order issued September 6, 2013, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 6th day of September, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND