IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEOFFREY MICHAEL WILLIAMS,                    3:12-CV-00634-PK

              Plaintiff,                    ORDER

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,[1]

             Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and
Recommendation (#34) on January 30, 2014, in which he recommends
this Court grant Plaintiff's Application (#29) for Fees Pursuant
to the Equal Access to Justice Act and award attorneys' fees to

---

    [1] Carolyn W. Colvin became the Acting Commissioner of
Social Security on February 14, 2013.  Pursuant to Rule 25(d) of
the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Michael J. Astrue as Defendant in this case.  No
further action need be taken to continue this case by reason of
the last sentence of section 205(g) of the Social Security Act,
42 U.S.C. § 405. Procedure 72(b).

1  -  ORDER

Plaintiff in the amount of $6,837.31. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#34). Accordingly, the Court **GRANTS** Plaintiff's Application (#29) for Fees Pursuant to the Equal Access to Justice Act and **AWARDS** attorneys' fees to Plaintiff in the amount of **$6,837.31**.

IT IS SO ORDERED.

DATED this 19th day of March, 2014.

ANNA J. BROWN
United States District Judge

2  - ORDER